IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL HELLER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, INC., et al.<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 3:16-cv-6124-PGS-TJB |

## STIPULATION AND CONSENT ORDER

THIS MATTER having come before the Court by the agreement and upon the joint application of the parties; and Plaintiff Michael Heller ("Plaintiff") and Defendant Citibank, N.A. ("Defendant") having agreed, through their respective undersigned counsel, to enter into binding arbitration of Plaintiff's claims against Defendant; and good cause having been shown;

IT IS THIS ___11___ day of ___January___ 2017 hereby

ORDERED that Plaintiff and Defendant are to submit their dispute to arbitration with the American Arbitration Association in accordance with the parties' written agreement(s) to arbitrate; and it is further

ORDERED that Plaintiff's claims in the above-captioned matter are stayed pending resolution of his claims in arbitration.

　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Peter G. Sheridan, U.S.D.J.

DMEAST #27940412 v1

The undersigned counsel hereby consent to the substance and form of this Order, and to its immediate entry upon the docket.

*[signature]*
Benjamin G. Kelsen
Law Office of Benjamin G. Kelsen, Esq. LLC
1415 Queen Anne Road, Suite 206
Teaneck, NJ 07666

*Attorneys for Plaintiff*

Dated: January 10, 2017

*[signature]*
Daniel JT McKenna
Christopher N. Tomlin, Esquire
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002

*Attorneys for Defendant*

Dated: January 10, 2017